PETER KRISTOFER STROJNIK, SBN 242728
pstrojnik@strojniklaw.com
THE STROJNIK FIRM, LLC
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 95016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff
THERESA BROOKE

JOHN A. MAVROS, SBN 257673
E-Mail  jmavros@fisherphillips.com
BRET MARTIN, SBN 304658
E-Mail  bmartin@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant,
KRISHNA MV, INC. f/k/a KRISHNA HOTELS MOUNTAIN VIEW LLC

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
9/18/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA / OAKLAND

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>KRISHNA HOTELS MOUNTAIN VIEW LLC, a California limited liability company dba Hotel Fairchild,<br><br>Defendant. | Case No:  4:19-cv-06854-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**<br><br>Complaint Filed:   October 22, 2019<br>Trial Date:       None Set |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear her/its own attorneys' fees and costs. This stipulation is made as

1

1  the matter has been resolved to the satisfaction of all parties.

2  Dated: September 17, 2020                THE STROJNIK FIRM, LLC

3

4                                        By:  /s/ P. KRISTOPHER STROJNIK
                                              P. KRISTOFER STROJNIK
5                                             Attorneys for Plaintiff
                                              THERESA BROOKE
6

7  Dated: September 17, 2020                Respectfully submitted,

8                                           FISHER & PHILLIPS LLP

9

10                                       By:  /s/ JOHN A. MAVROS
                                              JOHN A. MAVROS
11                                            BRET MARTIN
                                              Attorneys for Defendant,
12                                            KRISHNA MV, INC. f/k/a KRISHNA
                                              HOTELS MOUNTAIN VIEW LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)
FP 38661534.1

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to P. Kristofer Strojnik, counsel for Plaintiff Theresa Brooke, and that I have obtained authorization to affix his electronic signature to this document.

Dated:  September 17, 2020                    Respectfully submitted,

                                              FISHER & PHILLIPS LLP


                                    By:  /s/ JOHN A. MAVROS_____
                                         JOHN A. MAVROS
                                         BRET MARTIN
                                         Attorneys for Defendant,
                                         KRISHNA MV, INC. f/k/a KRISHNA
                                         HOTELS MOUNTAIN VIEW LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On September 17, 2020 I served the foregoing document entitled **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| P. Kristofer Strojnik, Esq.<br>THE STROJNIK FIRM LLC<br>Esplanade Center III, Suite 700<br>2415 East Camelback Road<br>Phoenix, Arizona 95016 | Attorneys for Plaintiff,<br>THERESA BROOKE<br><br>Tel: (602) 510-9409<br>Email: pstrojnik@strojniklaw.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed September 17, 2020 at Irvine, California.

| Katherine Ramirez | By: /s/ KATHERINE RAMIREZ |
|---|---|
| Print Name | Signature |